■ IRVING SHAUGHNESSY, Individually and as Administrator

of the Estate of RICHARD E. SHAUGHNESSY, Deceased, Respondent, v CITY OF TROY, Appellant.—Appeal from an order of the Supreme Court at Special Term (Williams, J.), entered January 30, 1985 in Rensselaer County, which denied defendant's motion for summary judgment dismissing the complaint.

Order affirmed, with costs, upon the opinion of Justice Robert C. Williams at Special Term. Mahoney, P. J., Kane, Mikoll, Levine and Harvey, JJ., concur.